Exhibit B

EXHIBIT B

MSDWMC 2003 TRUST PROPERTIES
Pod 1 Properties

Pod 1 Loan Amount: $10,020,000.00

| Unit # | Property Address | County | Leasehold/Fee |
|---|---|---|---|
| 1500375 | 2537 W. Main St., Snellville, GA 30078 | Gwinnett | Lshold [L] |
| 1500380 | 421 N. Davis Dr., Warner Robins, GA 31093 | Houston | Fee |
| 1500386 | 323 College St., a/k/a 323 College Dr., Barnesville, GA 30204 | Lamar | Lshold [SSGL] |
| 1500401 | 912 2nd St. SE a/k/a 912 2nd St., Cochran, GA 31014 | Bleckley | Lshold [SGL] |
| 1500410 | 7527 Hwy. 85, Riverdale, GA 30274 | Clayton | Lshold [SL] |
| 1500435 | 2324 E. Ogelthorpe Blvd., Albany, GA 31705 | Dougherty | Lshold [SGL] |
| 1500507 | 44 Homer Rd., Commerce, GA 30529 | Jackson | Lshold [L] |
| 1500820 | 2520 Delk Rd. SE, Marietta, GA 30067 | Cobb | Lshold [SGL] |
| 1500996 | 538 Hwy. 27 N. a/k/a 190 N. Cobbleton St. Greenville, GA 30222 | Meriwether | Fee |
| 1501102 | 2011 Flat Schools Rd. SE a/k/a 2101 Flat Shoals Rd. SW, Conyers, GA 30094 | Rockdale | Fee |
| 1501344 | 3471 Ross Clark Cr. NW a/k/a 3459 Ross Clark Cr. NW, Dothan, AL 36303 | Houston | Lshold [SL] |
| 1501359 | 815 South Eufaula St., Eufaula, AL 36027 | Barbour | Lshold [SL] |
| 1501399 | 529 N. Claxton Ave., Elba, AL 36323 | Coffee | Fee |
| 1501446 | US Hwy. 431 & State Rd. 50, Lafayette, AL 36862 | Chambers | Fee |
| 1501489 | 608 Ohio Ave. S., Live Oak, FL 32060 | Suwannee | P1: Lshold [L] P2: Lshold [L] P3: Lshold [SL] |
| 1501541 | N. Commerce St. a/k/a Hwy. 27 N. & Commerce St., Summerville, GA 30747 | Chattooga | Fee |
| 1501735 | Augusta Rd. a/k/a US Hwy. 25 at 23, Edgefield, SC 29824 | Edgefield | Fee |
| 1501743 | 300 Lee St., Johnston, SC 29832 | Edgefield | Fee |
| 1501761 | 101 S. Mine St., a/k/a 101 N. Main St., McCormick, SC 29835 | McCormick | Lshold [SL] |
| 1501896 | 1181 US Hwy. 27 a/k/a US Hwy. 27, Franklin, GA 30217 | Heard | Fee |
| 1501899 | 2278 US Hwy. 78, Tallapoosa, GA 30176 | Haralson | Fee |
| 1501968 | 1612 Hwy. 3 a/k/a 1612 Atlanta Hwy., Auburn, GA 30011 | Barrow | Fee |

EXHIBIT B

MSDWMC 2003 TRUST PROPERTIES
Pod 3 Properties

Pod 3 Loan Amount: $6,830,000.00

| Unit # | Property Address | County | Leasehold/ Fee |
|---|---|---|---|
| 1500326 | 807 W. 4th St., Adel, GA 31620 | Cook | P1: Fee<br>P2: Lshold [SGL] |
| 1500491 | 1615 N. Expressway a/k/a 1619 N. Expressway, Griffin, GA 30223 | Spalding | Lshold [L] |
| 1500560 | 1520 US Hwy. 23, Buford, GA 30518 | Gwinnett | Lshold [L] |
| 1500598 | 2501 Airport Thruway, Columbus, GA 31904 | Muscogee | Lshold [SGL] |
| 1500796 | 515 S. Alabama Ave., Bremen, GA 30110 | Haralson | Lshold [SL] – Negative Pledge Property |
| 1500832 | 6671 Roswell Rd. NE, Atlanta, GA 30328 | Fulton | Lshold [SGL] |
| 1501018 | 182 Keys Ferry St., McDonough, GA 30253 | Henry | Fee |
| 1501040 | 801 North Houston Rd., Warner Robins, GA 31093 | Houston | Fee |
| 1501085 | 2300 Shorter Ave. NW, Rome, GA 30165 | Floyd | Lshold [SGL] |
| 1501331 | 260 S. Gay St., Auburn, AL 36831 | Lee | Lshold [SGL] |
| 1501343 | 909 Rucker Rd a/k/a 911 Ft. Rucker Blvd., Enterprise, AL 36330 | Coffee | Lshold [SL] |
| 1501411 | 100 S. 431 Bypass a/k/a 3221 Hwy. 431, Roanoke, AL 36274 | Randolph | Lshold [SSGL] |
| 1501439 | Hwy. 431 N. & Church Route 2, Box 44, Headland, AL 36345 | Henry | Fee |
| 1501465 | 800 Wire Rd., Auburn, AL 36832 | Lee | Lshold [SL] |
| 1501548 | 411 Washington St. a/k/a 441 Washington St., Clarksville, GA 30523 | Habersham | Lshold [SL] |
| 1501766 | 2648 Columbia Hwy. N., Aiken, SC 29801 | Aiken | Fee |
| 1501901 | 552 Forsyth St., Monticello, GA 31064 | Jasper | Fee |
| 1501902 | 3056 Jodeco Rd., McDonough, GA 30253 | Henry | Fee |

NYC:151227.1

EXHIBIT B

MSDWMC 2003 TRUST PROPERTIES
Pod 4 Properties

Pod 4 Loan Amount: $6,945,000.00

| Unit # | Property Address | County | Leasehold/ Fee |
|---|---|---|---|
| 1500261 | 1300 280 Bypass, Phenix City, AL  36867 | Russell | Fee |
| 1500314 | 3848 St. Marys Rd., Columbus, GA  31906 | Muscogee | Lshold [SL] |
| 1500318 | 909 W 8th St., Tifton, GA  31794 | Tift | Lshold [SL] |
| 1500341 | 496 North Ave., Athens, GA  30601 | Clarke | Lshold [SGL] |
| 1500394 | 812 E. Washington Ave., Ashburn, GA  31714 | Turner | Fee |
| 1500627 | 3112 US Hwy. 278 E, Covington, GA  30014 | Newton | Lshold [SGL] |
| 1500691 | 525 Franklin Rd. SE, Marietta, GA  30067 | Cobb | Lshold [L] |
| 1500837 | 1375 S. Park St., a/k/a Hwy. 27 Cottage Hill, Carrollton, GA  30117 | Carroll | Lshold [SGL] |
| 1501345 | 3504 20 Ave. a/k/a 3550 20 Ave. (Village Square Mall) Shawmut a/k/a Valley, AL  36863 a/k/a 36854 | Chambers | Lshold [SL] |
| 1501358 | 201 S. Daleville Ave., Daleville, AL  36322 | Dale | Lshold [SL] |
| 1501430 | 1902 Marvyn Pkwy. a/k/a 1902 Marvin Pkwy., Opelika, AL  36801 | Lee | Lshold [SGL] |
| 1501467 | 2627 S. Oates St., Dothan, AL  36301 | Houston | Lshold [SL] |
| 1501724 | 412 N. Main St., Saluda, SC  29138 | Saluda | Fee |
| 1501897 | 1190 North Park St., Carrollton, GA  30117 | Carroll | Fee |
| 1501898 | 4201 Hwy. 154 a/k/a 4201 Sharpsburg McCullum Rd., Newnan, GA  30265 | Coweta | Fee |
| 1501985 | 2829 Watson Blvd., Warner Robins, GA  31088 | Houston | Lshold [SL] |

NYC:151227.1

EXHIBIT B

MSDWMC 2003 TRUST PROPERTIES
Pod 5 Properties

Negative Pledge Units

| Unit # | Property Address | County | Leasehold/ Fee |
|---|---|---|---|
| 1500391 | 4722 Memorial Dr., Decatur, GA 30032 | DeKalb | Lshold [L] |
| 1500791 | 161 Marietta Hwy. Canton, GA 30114 | Cherokee | Lshold [SL] |
| 1500792 | 91 S. Main St. Alpharetta, GA 30004 | Fulton | Lshold [SL] |
| 1500793 | 1097 Hwy. 92 Acworth, GA 30102 | Cherokee | Lshold [SL] |
| 1500799 | 999 Nathen Dean Pkwy. also referenced as Hwy. 101 Nathan Dean Bypass, Rockmart, GA 30153 | Polk | Lshold [SL] |
| 1500800 | Rte. 61 & I-20 a/k/a 161 Carrollton Villa Rica Hwy, Villa Rica, GA 30180 | Carroll | Lshold [SL] |
| 1500802 | 101 Princeton Blvd., Adairsville, GA 30103 | Bartow | Lshold [SL] |
| 1500803 | 406 Court St. Calhoun, GA 30701 | Gordon | T1: Lshold [SL] T2: Lshold [SGL] |
| 1500804 | 201 E Broad St. Greensboro, GA 30642 | Greene | Lshold [SL] |
| 1500805 | 7603 Lee Rd. Lithia Springs, GA, 30122 | Douglas | Lshold [SL] |
| 1500823 | 2941 Main St., East Point, GA 30344 | Fulton | Lshold [SL] |
| 1500839 | 125 W. Maple St., Cumming, GA 30040 | Forsyth | P1: Lshold [SL] P2: Lshold [SGL] |
| 1501545 | 685 Buford Dr. Lawrenceville, GA 30045 | Gwinnett | Lshold [SL] |
| 1500302 | Hwy 341 & Broad Street a/k/a 341 Broad St. Hawkinsville, GA 31036 | Pulaski | Lshold [SL] |
| 1501751 | 1025 Edgefield Rd. a/k/a 1035 Edgefield Rd., N. Augusta, SC 29841 | Aiken | Lshold [SL] |

NYC:151227.1